UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CRIMINAL MINUTES – SENTENCING

Case No. 2:14-CR-35-ART-CJS-2      At Covington      Date March 2, 2016

USA vs ROSEMARY BROTHERS      X present ___custody  X bond ___OR

DOCKET ENTRY: The oral motion of the United States made at the Sentencing held in 2:15-cr-28-ART is GRANTED. The Indictment in 2:14-CR-35-ART-2 is DISMISSED as to Defendant, Rosemary Brothers.

PRESENT: HON. AMUL R. THAPAR, U.S. DISTRICT JUDGE

| Tammy Dallas | Lisa Wiesman | Robert McBride and Casey Arrowood |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  David Sloan and Gary Sergent    X present    X retained    ___appointed

PROCEEDINGS: STATUS CONFERENCE

Copies: COR, USP, USM

Initials of Deputy Clerk ted

TIC: 1 min.